IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr21-MHT** |
| | ) | **(WO)** |
| **BRANDON E. PHALY** | ) | |

**ORDER**

Based on defendant Brandon E. Phaly's response (doc. no. 43) to the court's order (doc. no. 38) and pursuant to 18 U.S.C. § 3006A(e)(3), which provides that this court, by itself, may approve up to $ 2,500.00, exclusive of reimbursement for expenses reasonable incurred, for the services of an expert, it is ORDERED that payment for an expert, here Dr. David C. Ghostley, for defendant Brandon E. Phaly is approved up to $ 2,500.00, exclusive of reimbursement for expenses reasonably incurred, subject to the court's later determination, upon review of the voucher, that the amount is reasonable and appropriate. The clerk of the court is to make appropriate arrangements.

Defense counsel is reminded that the Chief Judge of the Eleventh Circuit Court of Appeals must approve amounts greater than $ 2,500.00.

DONE, this the 1st day of August, 2018.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**